**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

LARRY M. BROWN,
            *Plaintiff-Appellant,*

v.

HOUSING AUTHORITY OF CALVERT
COUNTY; SPIKE W. PARRISH,
individually and in his official
capacity as Vice Chairperson of the
Housing Authority of Calvert
County's Board of Commissioners
and as Acting Executive Director of
the Housing Authority of Calvert
County; JUDITH T. MCMANUS,
individually and in her official
capacity as Chairperson of the
Housing Authority of Calvert
County's Board of Commissioners;
ANIACHI C. BELU-JOHN, Reverand,
individually and in his official
capacity as a member of the
Housing Authority of Calvert
County's Board of Commissioners;
JOSEPH P. DANAHY, individually and
in his official capacity as a member
of the Housing Authority of Calvert
County's Board of Commissioners;
PATRICIA A. STARLIPER, individually
and in her official capacity as a
member of the Housing Authority
of Calvert County's Board of

No. 01-2046

Commissioners; THE OFFICE OF THE
EXECUTIVE DIRECTOR, of the Housing
Authority of Calvert County; DIANE
HERRMAN, individually and in her
Official Capacity as Supervisor of
Mr. Larry Brown,
                    *Defendants-Appellees.*

Appeal from the United States District Court
for the District of Maryland, at Greenbelt.
Deborah K. Chasanow, District Judge.
(CA-99-2254)

Submitted: January 25, 2002

Decided: February 7, 2002

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**COUNSEL**

H. Vincent McKnight, Jr., ASHCRAFT & GEREL, L.L.P., Washington, D.C., for Appellant. Shirlie Norris Lake, R. Scott Krause, ECCLESTON & WOLF, P.C., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Larry M. Brown appeals from the grant of summary judgment to the defendants in his civil action in which he alleged racial discrimination claims against his former employer, the Housing Authority of Calvert County, supervisor Diane Herrmann, and Housing Authority Board of Commissioner members Spike Parrish, Judith McManus, Aniachi Belu-John, Joseph Danahy, Patricia Starliper and Margaret Reilly. Brown also alleged claims of hostile work environment and discriminatory discharge arising under 42 U.S.C.A. §§ 1981, 1983 (West Supp. 2001) and the Maryland Constitution.

The district court dismissed his claims brought under § 1983 because he failed to file a Title VII action within ninety days of receiving a right-to-sue letter. Brown does not challenge this ruling on appeal. The district court granted summary judgment in favor of Appellees on Brown's claims arising under § 1981. On appeal, Brown argues the district court erred in granting summary judgment on these claims.

We review a grant of summary judgment de novo. *Higgins v. E.I. DuPont de Nemours & Co.*, 863 F.2d 1162, 1167 (4th Cir. 1988). Summary judgment is appropriate only if there are no material facts in dispute and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). We view the evidence in the light most favorable to the non-moving party. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986).

We have reviewed the parties' briefs and joint appendix and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brown v. Housing Auth. of Calvert County*, No. CA-99-2254 (D. Md. filed July 20, 2001; entered July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*